UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DONNA HARRISON,

    Plaintiff,

v.                                         Case No:   6:25-cv-109-ACC-LHP

FERGUSON ENTERPRISES, LLC,

    Defendant

---

**ORDER**
(And Direction to Clerk of Court)

This cause comes before the Court following a hearing held before the undersigned today, April 25, 2025. *See* Doc. Nos. 26, 36. For the reasons set forth at the hearing, it is **ORDERED** as follows:

1. The oral motion to withdraw as counsel made by Attorney Lawrence P. Cartelli (Doc. No. 33) is **GRANTED**, and Attorney Cartelli is hereby **TERMINATED** as counsel of record for Plaintiff. Plaintiff will proceed *pro se* at this time, further direction for which is set forth below. The April 10, 2025 Order to Show Cause (Doc. No. 26) is **DISCHARGED**. On or before

**May 2, 2025**, Attorney Cartelli shall provide to Plaintiff the entire case file and all related documents.  **This deadline will not be extended.**

2. Plaintiff's *pro se* filings seeking the withdrawal of Attorney Cartelli (Doc. Nos. 14, 25) are **DENIED as moot**.

3. Plaintiff's oral motion to receive case notifications via email (Doc. No. 34) is **GRANTED**.  *See Moore v. Adventist Health Sys. Sunbelt Healthcare Corp.*, No. 6:23-cv-1163-PGB-DCI, 2023 WL 4947933, at *1 (M.D. Fla. Aug. 3, 2023).[1] The **Clerk of Court** is directed to add Plaintiff's email address, donnaharrison@outlook.com, to CM/ECF and ensure that Plaintiff receives Notices of Electronic Filings.  The Court also notes Plaintiff's consent to service by email of all court documents going forward from Defendant.  *See* Fed. R. Civ. P. 5(b)(2)(E), (F).

4. Plaintiff's oral motion for an extension of time to serve her mandatory initial disclosures (Doc. No. 35), *see* Doc. No. 12, at 1, is **GRANTED**.  The parties shall have **thirty (30) days** from the date of this Order to serve their mandatory initial disclosures.

---

[1] This Order authorizes receipt of Court filings by email alone.  Plaintiff may submit her filings online through the Court's web portal, *see Moore*, 2023 WL 4947933, at *1, or to the Clerk's office by mail.

5.      Within **fourteen (14) days** of the date of this Order, the parties shall file a joint notice regarding mediation, setting forth the mediator for this case, as well as the date, time, and location of the parties' mediation.[2]

**6.      No other deadlines are extended by this Order.** *See* **Doc. No. 12, at 1–2.**

As noted above, with Attorney Cartelli's withdrawal, Plaintiff will be without legal counsel. Unless and until new counsel enters an appearance on her behalf, Plaintiff will be responsible for representing herself as an individual in this lawsuit. This requires Plaintiff to review the docket in this case and abide by all orders and deadlines set forth therein, and in particular, the Court directs Plaintiff's attention to the Case Management and Scheduling Order entered on March 20, 2025. *See* Doc. No. 15. *See also Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989), *cert. denied*, 493 U.S. 863 (1989) (*pro se* litigants are "subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure"). Plaintiff may view the docket in this case at any United States District Courthouse in the Middle District of Florida. Alternatively, she may create an account on pacer.gov to view the docket from any personal computer.

---

[2] As discussed with the parties, they may agree to substitute a new mediator, but the new mediator must be a Certified Mediator with the United States District Court for the Middle District of Florida. *See* https://www.flmd.uscourts.gov/mediation-and-settlement.

Because Plaintiff will be responsible for representing herself unless and until new counsel enters an appearance on her behalf, the Court directs her attention to the Court's website, http://www.flmd.uscourts.gov.  On the Court's homepage, Plaintiff can find basic information and resources for parties who are proceeding without a lawyer in a civil case by clicking on the "For Litigants" tab and then selecting "Litigants without Lawyers."   Plaintiff is cautioned that failure to comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, or Court Orders may result in sanctions, up to and including dismissal of this case.

The Clerk of Court is **DIRECTED** to mail a copy of this Order to Plaintiff.

**DONE** and **ORDERED** in Orlando, Florida on April 25, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 4 -