**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DONNA HARRISON,

    Plaintiff,

v.                                                                Case No:   6:25-cv-109-ACC-LHP

FERGUSON ENTERPRISES, LLC,

    Defendant

---

### ORDER

On April 25, 2025, following a hearing attended by all parties and their counsel (either in-person or via telephone), the Court granted Attorney Lawrence P. Cartelli's oral motion to withdraw as counsel for Plaintiff, and directed Attorney Cartelli to provide Plaintiff with the entire case file and all related documents on or before May 2, 2025.  Doc. No. 37; *see also* Doc. No. 36.  On May 5, 2025, Plaintiff filed a motion seeking to compel compliance and for sanctions against Attorney Cartelli, in which Plaintiff alleges that Attorney Cartelli failed to provide Plaintiff with the entire case file, including documents and communications regarding settlement negotiations.  Doc. No. 39.  Plaintiff filed an unauthorized supplement to the motion on May 7, 2025.  Doc. No. 41.

The Court directed Attorney Lawrence to file a response, which he did on May 16, 2025.  Doc. Nos. 40, 46.  Upon review of Plaintiff's motion and supplement and Attorney Cartelli's response, Plaintiff's motion (Doc. No. 39) is **DENIED**.  Attorney Cartelli represents, under penalty of perjury and as a member of the Florida Bar, that he has now furnished to Plaintiff all documents and emails in his possession related to this case, with the exception of any emails that Plaintiff has or sent to Attorney Cartelli.  Accordingly, there is nothing left to compel, and the Court does not find sanctions warranted.

With this matter now resolved, and with Attorney Cartelli terminated from this case, there appears to be no basis for any further motions practice in this Court directed at Attorney Cartelli.  This Order does not, of course, speak to Plaintiff's right to pursue relief with respect to Attorney Cartelli in any other venue should Plaintiff choose to do so.  However, any further motions addressed to Attorney Cartelli filed in this Court will be summarily stricken absent a showing of exigent circumstances and binding applicable authority.

**DONE** and **ORDERED** in Orlando, Florida on May 20, 2025.

_Leslie Hoffman Price_
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 3 -