**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DONNA HARRISON,

      Plaintiff,

v.                                                     Case No:   6:25-cv-109-ACC-LHP

FERGUSON ENTERPRISES, LLC,

      Defendant

---

**ORDER**

      Before the Court is a Motion for a Preservation Order. Doc. No. 48. On review, the motion fails to comply with the Court's Local Rules. Specifically, the motion fails to include a memorandum of legal authority as required by Local Rule 3.01(a). The motion also fails to include a certificate of conferral as required by Local Rule 3.01(g). Accordingly, the motion (Doc. No. 48) is **DENIED without prejudice**. Any renewed motion must fully comply with the Local Rules. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir.), *cert. denied*, 493 U.S. 863 (1989) (a *pro se* litigant "is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure").

**DONE** and **ORDERED** in Orlando, Florida on May 28, 2025.

*/s/ Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties